AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

FILED ☑   LODGED ___
RECEIVED ___   COPY ___

JUN 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br><br>A black Verizon ZTE phone, model Z3153V, IMEI 869942045462853, and serial number 320114243575 | Case No. 22-4047 MB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-3.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before _____2/28/2922_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of

Date and time issued: _____   *Camille D. Bibles*
Digitally signed by Camille D. Bibles
Date: 2022.02.14 22:50:42 -07'00'
*Judge's signature*

City and state: <u>Flagstaff, Arizona</u>   <u>Honorable Camille D. Bibles, U.S. Magistrate Judge</u>
*Printed name and title*

| Return | | | |
|---|---|---|---|
| Case No.: 22-4047 MB | Date and time warrant executed: 02/15/2022 at 12:52 p.m. | Copy of warrant and inventory left in: N/A | |
| Inventory made in the presence of: Patrick J. Cullen | | | |
| Inventory of the property taken and name of any person(s) seized: (1) CD containing cellebrite extraction of black Verizon ZTE phone, model Z3153V, IMEI 869942045462853, and serial number 320114243575. | | | |
| Certification | | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 06/21/2022                   _____<br>                                        Executing Officer's Signature<br><br>                                        SA Timothy M. Hornbeck<br>                                        *Printed Name and Title* | | | |